UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Magistrate Case No. '08 MJ 1448
)
Plaintiff, )
) COMPLAINT FOR VIOLATION OF:
v. )
) 18 U.S.C. 656 (Misdemeanor)
PAMELA S. PALACIOS, ) Misapplication of Funds
) By Bank Employee
)
)
)

The undersigned complainant, being duly sworn, states:

## COUNT ONE

That during the period March 6, 2006 to February 7, 2007, within the Southern District of California, Defendant Pamela S. Palacios, being an employee of San Diego Firefighters Federal Credit Union, the deposits of which were then insured by the National Credit Union Administration, with intent to injure and defraud, did knowingly and willfully embezzle, abstract, purloin, and willfully misapply the monies, funds, and credits entrusted to the care and custody of said credit union, and under the care, custody, and control of the defendant as such employee; in violation of Title 18, United States Code, Section 656, a Misdemeanor.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Lamont C. Siller
Special Agent
Federal Bureau of Investigation

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE THIS 21 DAY OF April 2008.

UNITED STATES MAGISTRATE JUDGE

AFFIDAVIT

STATE OF CALIFORNIA   )
                      ) ss.
COUNTY OF SAN DIEGO   )

I, Lamont C. Siller, being first duly sworn, depose and say:

1. I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) United States Department of Justice. I am presently assigned to the San Diego Division of the FBI. I am a graduate of the FBI Academy in Quantico, Virginia, and have been assigned to investigate white-collar crime matters. As a result of my experience, training and discussion with other agents, I have become familiar with the methods utilized by individuals violating and attempting to violate, the laws of the United States through illegal or fraudulent financial transactions.

2. San Diego Firefighters Federal Credit Union (SDFCU), 10509 San Diego Mission Road, #A, San Diego, California, was regulated by the National Credit Union Administration at the time the events herein described occurred.

3. Pursuant to a telephone call from SDFCU, from approximately March 6, 2006 to February 7, 2007, SDFCU employee Pamela Palacios fraudulently made 18 unauthorized withdrawals, in increments of $500, for a total of $9,000 in cash from the account of SDFCU member Daryl Andrews.

4. Palacios subsequently admitted to investigators at SDFCU that she stole the aforementioned money from Andrews' account.

5. On February 15, 2007, Palacios wrote a total of three confession letters to SDFCU Board Members, employees at SDFCU and Andrews, admitting responsibility for the theft. Palacios blamed her actions on her gambling addiction. A copy of these letters are attached and incorporated to this affidavit. In addition, Palacios subsequently reimbursed SDFCU for the total loss.

6. Additionally, on June 6, 2007 the Affiant interviewed Palacios at the San Diego Division of the FBI, located at 9797 Aero Drive, San Diego. During that interview, Palacios voluntarily admitted to her aforementioned theft. Palacios also hand wrote a two page statement, in the presence of the Affiant, which detailed her involvement in the theft of $9,000 from the SDFCU. A copy of her two page statement is attached and incorporated to this affidavit.

7. During the time of the theft, Palacios held the position of Member Service Representative Teller for SDFCU, and resided in El Cajon, California.

8. Based upon the facts summarized above, it is the opinion of the Affiant that probable cause exists to issue a Notice To Appear for Pamela Palacios, for violation of Title 18, United States Code, Section 656, Misapplication of Funds by a Bank Employee.

_____
Lamont C. Siller
Special Agent
Federal Bureau of Investigation
San Diego, California

Subscribed and sworn to before me this 24th day of April, 2008.

_____
United States Magistrate Judge

3

Feb 15, 2007

To the Board Members at San Diego Firefighters:
J.J., Rich, Rea, Lyn, Gayle, Ron, Howard, Doug and anyone else I fail to mention —

This letter is to express my sincere apologies to you personally and as a whole group.

As you know by now, I stole money from the credit union by debiting Mr. Daryl Andrews' account. I have to face what I've done and I can make no excuses. The only thing I can tell you all is that I have a serious gambling addiction that I will be getting help for. With the love and support of my amazing husband, children and parents I will get the help that I need. I don't regret that this all is happening because I've been hiding, lying and scheming to everyone in my life including myself.

I do regret hurting the reputation of the credit union and hurting my co-workers. I have much repair work to do in my life. For nearly 4 years I worked for the credit union and I loved it. The last six months have been filled with anxiety and guilt. Again with my whole heart I apologize and ask for everyone's forgiveness. I'll miss you all.

Pam Palacio

Feb 15, 2007

To Sue, Myrna, Sabrina, Mari, Ed, JoJo, Perlita, Tracy, Eva, Susie, Gary, Julie, Kathleen

This is a difficult letter to write — I'm going to miss seeing you & working with you. We were like a little family and like all families sometimes we had problems. I have a huge problem that has finally surfaced and I have a lot of tough battles to face. But with encouragement and support from my parents, my dogs and my husband I'm going to get through this.

I'm so sorry for damaging each of you and our department. I'm also so sorry for hurting the reputation of the credit union.

Be there for each other & please forgive me. I don't know what the future is but I know that the nearly 4 years I worked with you (except Sabrina - nearly 1 year) have been some of the best times of my life. The last 6 months I've been living a secret life though. I've been out of control in my gambling that I hid from everybody. I'm filled with shame and regret. As strange as it sounds though, it's a good thing because now I can get the help I need. I'm sorry for the extra work I've caused. You all have a place in my heart.

Signed, Pam

2-15-07

Dear Mr. Andrews,

As you know by now, there have been many withdrawals on your account that weren't authorized by you or your daughter. I'm so sorry for the damage and betrayal that I have done to you. I am replacing every cent that I stole from you. I can make no excuses and have to face the consequences of my actions. I'm sure you're wondering why - why me? Mr. Andrews, I have a serious gambling addiction that with the loving support of my family and my parents I'm going to get the help that I need. I'm so sorry for the hurt and distress this is causing you. I'm asking for your forgiveness and please don't judge the credit union or my co-workers - they had no idea, of course.

You were always cheerful and nice and I am filled with shame for what I've done.

Again, my whole-hearted apologies to you and your daughter.

Sincerely,
Pam Palac[...]

age 1 of 2

June 6, 2007
3:50 PM

I, Pamela Sue Palacios, furnish the following voluntary statement to Lamont C. Siller and Carol P. Harman who have identified themselves as employees of the Federal Bureau of Investigation. I have been advised that I am being questioned about unauthorized withdrawals on a member's account which occurred on or about during the period of March 2006 - February 2007.

I was born on May 22, 1965 in Seattle, Washington. I reside at 8512 Happy Way N El Cajon Ca 92021. My education consists of 2 years of high school and 0 years of college. I can read, write, and understand the English language.

I have read and understand this entire statement, have initialed all corrections, and I am signing it because it is true and correct.

Pamela Sue Palacios

Beginning in March 06 I believe I started making unauthorized withdrawals on a member's acct & continued doing this periodically until I believe Feb. 07. As a teller I had access to his account and I made numerous withdrawals. I made withdrawals

of 2

June 6, 2007
3:50 pm

in the amounts of $500 each. I believe the total was $9000. I have paid back all the funds, and did so as soon as I knew what the amount was.

I am so extremely sorry this event took place. I am in recovery now for compulsive gambling and I will never do anything like this ever again. As a mother of three nearly grown boys, the guilt and shame of this is very difficult.

I wrote apology letters to the victim, the Board of Directors, and my fellow employees for my actions. And I am truly sorry to all who are involved.

*Pamela S Palace*

*Lamont C. Silla*, FBI
SA. Lamont C. Silla

*Carol P Harman*, FBI
Carol P Harman