UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
MAY 1 4 2008
CLERK, U.S. DISTRICT C...
SOUTHERN DISTRICT OF C... ORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ1448- |
| ) | |
| v. ) | JUDGMENT |
| ) | |
| PAMELA S. PALACIOS ) | LEILA MORGAN, FEDERAL DEFENDERS, INC. |
| ) | Defendant's Attorney |

REGISTRATION NO. _____

VIOLATION: 18 USC 656 - Misapplication of Funds by Bank Employee (Misdemeanor)

__x__ Defendant pleaded guilty to count One (1) of the one-count Misdemeanor Complaint
____ Count(s) _____ dismissed on the government's oral motion.

**JUDGMENT**

__x__ Defendant is adjudged guilty on count One (1) of the one-count Misdemeanor Complaint

__x__ UNSUPERVISED Probation for a term of   24 MONTHS
on the following conditions:
__x__ obey all laws, Federal, State and Municipal
__x__ comply with all lawful rules and regulations of the probation department
__x__ not possess any narcotic drug or controlled substance without a lawful medical prescription
____ not transport, harbor or assist undocumented aliens
____ not reenter the United States illegally
____ not possess any firearm, destructive device or any other dangerous weapon
____ submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter,
      as directed by the probation officer
____ the court waives the mandatory drug testing condition based on the court's determination that the defendant poses
      a low risk of future substance abuse.
__x__ Penalty assessment of $ 25.00 - WAIVED
__x__ Fine waived         ____ Fine of $

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

MAY 13, 2008
_____
Date of Imposition of Sentence

_____
CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE
Entered on: